Frederick M. Heiser, Bar No. 232582
fheiser@klinedinstlaw.com
Neeru Jindal, Bar No. 235082
njindal@klinedinstlaw.com
KLINEDINST PC
777 S. Figueroa Street, Suite 4000
Los Angeles, CA, 90017
(213) 442-7000

Attorneys for Defendant
ESA Management, LLC (erroneously sued as "Extended Stay America, Inc.")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SALLY MEZA,<br><br>            Plaintiff,<br><br>       v.<br><br>EXTENDED STAY AMERICA, INC. and DOES 1 to 25, inclusive,<br><br>            Defendants. | Case No. _<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>Action Filed:    March 30, 2022<br>Removal Date: June 17, 2022 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant ESA Management, LLC (erroneously sued as "Extended Stay America, Inc.") hereby removes to this Court the state court action described below.

1.   On March 30, 2022, an action was commenced in the Superior Court of the State of California in the County of Los Angeles, entitled *Sally Meza v. Extended Stay America, Inc.*, as case no. 22STCV10876. A copy of the Complaint is attached hereto as **Exhibit 1**.

2.   On March 31, 2022, Plaintiff Sally Meza ("Plaintiff") served a Summons and Complaint by substituted service on this Defendant. A copy of the

1  Summons, filings, and docket in the state court action are attached hereto as **Exhibit 2**. Neither the Complaint, nor any other documentation filed by Plaintiff in this matter, contained any information regarding the amount of damages, so the matter was not removable based on those documents.

3. On May 2, 2022, Defendant ESA Management, LLC filed and served its Answer to the Complaint. A copy of the filed Answer is attached hereto as **Exhibit 3**.

4. On May 18, 2022, Plaintiff served a Statement of Damages on Defendant indicating that the amount sought as damages is $4,976,783.85. A copy of the Statement of Damages is attached hereto as **Exhibit 4.**

5. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. <u>Removal is Timely</u>. Plaintiff's Complaint did not state an amount of damages. However, on May 18, 2022, Plaintiff served a Statement of Damages requesting $4,976,783.85. The Statement of Damages qualifies as an "other paper" pursuant to U.S.C. §1446(b)(3). ". . . [I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or **other paper** from which it may first be ascertained that the case is one which is or has become removable." U.S.C. §1446(b)(3) (emphasis added.) Removal is therefore timely because it was filed within thirty days after service of the "other paper" – Statement of Damages – giving notice that the case was removable.

///
///
///

Klinedinst PC
777 S. Figueroa St., Suite 4000
Los Angeles, California 90017

7. <u>Complete diversity of citizenship exists</u>. Plaintiff is a citizen of the State of California. Defendant was and is a limited liability company incorporated under the laws of the State of Delaware, and is a citizen of the State of Florida. The sole member of Defendant is Eagle Manager, LLC. The only two members of Eagle Manager LLC are (1) Prospect Hotel Equity, LLC (whose sole member, John V. Ceriale, is an individual residing in Florida and a citizen of Florida) and (2) JBA Advisors VII, LLC (whose sole member is Prospect Hotel Advisors, a partnership). The only partners in Prospect Hotel Advisors are Barry Lewin, John Ceriale and Andrew Katz, all of whom are individuals who reside in Florida and citizens of Florida. Plaintiff's Complaint has named fictitious defendants as "Does." California law permits plaintiffs to designate defendants by fictitious names ("Doe" or any other name) if the plaintiff is ignorant of their real names or the facts rendering them liable to the plaintiff. For purposes of removal, "the citizenship of defendants sued under fictitious names *shall be* disregarded." 28 USC § 1441(b)(1) (Emphasis added). In determining whether diversity of citizenship exists, only the named defendants are considered. 28 U.S.C. section 1441(a); *Newcombe v. Adolph Coors*, 157 F.3d 686, 690-691 (9th Cir. 1998); *McCabe v. General Food Corp.*, 811 F.2d 1336, 1339 (9th Cir. 1987). No other defendants are named in this action.

8. <u>The amount in controversy exceeds the $75,000 requirement</u>. The Complaint does not allege an amount of damages as such an allegation is barred under California law. California Code Civ. Proc., § 425.10(b). However, on May 18, 2022, Plaintiff served a Statement of Damages requesting $4,976,783.85. Accordingly, the amount in controversy exceeds the $75,000 jurisdictional minimum.

///
///
///
///

9. Venue is appropriate before this Court pursuant to 28 U.S.C. § 1446(a) in that the removed action was filed in the Superior Court, State of California, County of Los Angeles.

|  |  |
|---|---|
| DATED:  June 17, 2022 | KLINEDINST PC<br><br>By: */s/ Neeru Jindal*<br>Frederick Heiser<br>Neeru Jindal<br>Attorneys for Defendant<br>ESA Management, LLC (erroneously sued as "Extended Stay America, Inc.") |

20876933.1

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 4000
LOS ANGELES, CALIFORNIA 90017

# CERTIFICATE OF SERVICE

**Sally Meza v. Extended Stay America, Inc.**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

On June 17, 2022, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ssohn@klinedinstlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 17, 2022, at San Diego, California.

Samantha V. Sohn

**SERVICE LIST**
*Sally Meza v. Extended Stay America, Inc.*

| | |
|---|---|
| Matthew Taylor, Esq.<br>Karen S. Gill, Esq.<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Boulevard, Suite 670<br>Los Angeles, CA 90036 | T: (310) 777-7540<br>F: (310) 777-0373<br>Email: mtaylor@vazirilaw.com<br>Email: kgill@vazirilaw.com<br><br>Attorney for Plaintiff,<br>SALLY MEZA |